### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT L. DRUMMOND<br>    Plaintiff | : CIVIL ACTION NO.<br>: 3:15CV00626 (AWT)<br>:|
| v. | :<br>:|
| HARTFORD FIRE INSURANCE CO.,<br>JAMES WALZ & JEFFREY PANITZKE<br>    Defendants | :<br>:<br>: JANUARY 19, 2016 |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Robert L. Drummond, and Defendants, Hartford Fire Insurance Company, James Walz and Jeffrey Panitzke, by agreement, hereby stipulate to the dismissal without prejudice of the above-captioned action.

All parties shall further bear their own costs, expenses, and attorneys' fees.

Respectfully Submitted:

DEFENDANTS,
HARTFORD FIRE INSURANCE CO.,
JAMES WALZ & JEFFREY PANITZKE

By_____/s/_____
Miguel A. Escalera Jr., ct07252
Shel D. Myers, ct13581
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
(860) 493-0870 (tel.)
(860) 493-0871 (fax)
mescalera@kemlaw.com
smyers@kemlaw.com
Their Attorneys

PLAINTIFF,
ROBERT L. DRUMMOND

By    /s/
Jason T. Brown, PHV
Nicholas Conlon, PHV
JTB Law Group, LLC
155 2nd St., Suite 4
Jersey City, NJ 07302
(201) 630-0000 (tel.)
(855) 582-5297 (fax)
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com
His Attorneys

By    /s/
Matthew Sorokin
Sorokin Law Firm, LLC
9 Lewis Street
Hartford, CT 06103
(860) 776-6017 (tel.)
(860) 278-7813 (fax)
mat@sorokinlaw.com
His Attorneys

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 19th day of January, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

    /s/
Shel D. Myers, ct13581

2